UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GARY BARNETT, | Case No. 14-cv-05244-BLF |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| DISCOVERY HYDROVAC, LLC, et al., | |
| Defendants. | |

On May 14, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 05/05/2016 at 9:00 am |
| Final Pretrial Conference | 07/28/2016 at 2:30 pm |
| Trial | 08/22/2016 at 9:00 am |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5      IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated
6 discovery schedule to trial.

Dated:  May 14, 2015

_____
BETH LABSON FREEMAN
United States District Judge